**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**(Kansas City Docket)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOEL SURIEL,**<br>**a/k/a "La Melma"**<br>**and**<br>**JOSE ERNESTO FERMIN-MELO,**<br>**a/k/a "Chagui,"**<br><br>**Defendants.** | ) | **CASE NO.** 18-20028-CM/TJJ<br><br>**FILED UNDER SEAL** |

**INDICTMENT**

The Grand Jury charges:

**INTRODUCTION**

At all times relevant to this indictment:

1. AT&T is a corporation headquartered in Dallas, Texas. In addition to other services, AT&T provides cellular telephone services across the United States.

2. One of the cellular telephones offered by AT&T is the iPhone. Customers who purchase an iPhone serviced by AT&T and agree to a two-year service contract with AT&T, are able to purchase an iPhone at a reduced price. Alternatively, customers have the option to lease the iPhone by making monthly payments that are billed to the customer's AT&T account.

3. At the time a customer applies for service at the retail location, the AT&T sales representative submits the customer's identifying information via their retail store computer to one of AT&T's data servers. This information includes the customer's name, address, social security number, and date of birth. AT&T uses two data servers, one located in Dallas, Texas, and the other in Birmingham, Alabama.

4. AT&T sells its cellular products at its stores nationwide and through other retailers.

**THE SCHEME**

5. Beginning on a date unknown and continuing until on or about December 5, 2015, in the District of Kansas and elsewhere, the defendants,

**JOEL SURIEL,**
**a/k/a "La Melma"**
**and**
**JOSE ERNESTO FERMIN-MELO,**
**a/k/a "Chagui,"**

along with Xavier Comacho Guante, Hernan Antonio Castro-Martinez (also known as Julio Castro), Nestor Quiroz, Liz Miranda, and others known and unknown to the Grand Jury, devised a scheme to defraud and to obtain money and property by means of false and fraudulent pretenses and representations, that is, fraudulently obtaining cellular telephones by using other persons' names and identifying information, and conspired to do so.

6. The conspirators executed the scheme to defraud and to obtain money and property through false and fraudulent pretenses and representations

by providing false identification to AT&T for the purpose of entering into cellular telephone contracts, which enabled the conspirators to purchase cellular telephones at reduced rates.

7. The conspirators' applications for cellular service with AT&T caused AT&T to transmit information from its computer located in Kansas to Texas and Alabama.

**COUNT ONE**
**Conspiracy to Commit Wire and Mail Fraud**

8. Paragraphs one through seven are reincorporated as though fully set forth at this point.

9. Beginning on a date unknown and continuing until on or about December 5, 2015, in the District of Kansas and elsewhere, the defendants,

**JOEL SURIEL,**
**a/k/a "La Melma"**
**and**
**JOSE ERNESTO FERMIN-MELO,**
**a/k/a "Chagui,"**

knowingly conspired and agreed with each other and with Xavier Comacho Guante, Hernan Antonio Castro-Martinez (also known as Julio Castro), Nestor Quiroz, Liz Miranda, and other persons known and unknown to the Grand Jury, to commit and conceal offenses against the United States, that is:

a. knowingly devising and executing and attempting to execute by interstate wire a scheme to defraud and obtain money and other property by means of materially false and fraudulent pretenses, representations, and

promises, in violation of Title 18, United States Code, Section 1343; and

b. knowingly devising and executing and attempting to execute a scheme to defraud and obtain money and other property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing and attempting to execute such scheme, causing an item to be sent and delivered by a private and commercial interstate carrier, in violation of Title 18, United States Code, Section 1341.

**OBJECT OF THE CONSPIRACY AND MANNER AND MEANS**

10. The object of the conspiracy and scheme to defraud was to enrich the conspirators by obtaining iPhone cellular phones through false and fraudulent pretenses, representations, and omissions of material fact.

11. The manner and means used to accomplish the objectives of the conspiracy included, among others, the following.

a. The defendants and their conspirators obtained identities of real persons.

b. Co-conspirators entered AT&T stores and other locations selling AT&T iPhones and, using identities of others that were provided by defendant Fermin-Melo, opened new accounts, or added phone lines to existing AT&T accounts without the permission of the true owner of the account.

c. The co-conspirators caused the fraudulently obtained iPhones to be sent to a location in New York, via a private and commercial carrier.

d. On or about December 4, 2015, defendant Fermin-Melo sent the

name, social security number, and address of a person, without that person's consent, to co-conspirator Quiroz. Quiroz then forwarded the same information to Liz Miranda, another co-conspirator. On or about that same day, Miranda, using the identity, obtained three iPhone cellular telephones from an AT&T store located in Shawnee, Kansas.

e. On or about December 4, 2015, defendant Fermin-Melo also sent the name, social security number, and address of person, without that person's consent, to co-conspirator Quiroz. Quiroz then forwarded the same information to co-conspirator Comacho Guante. Comacho Guante, using that identity, obtained five iPhone cellular telephones from an AT&T store located in Overland Park, Kansas.

f. Defendant Suriel, who was located in New York, agreed to buy stolen iPhones. On or about December 1, 2015, defendant Suriel sent a "price list" containing the prices that he would pay for iPhones to co-conspirator Castro-Martinez.

12. This was all in violation of Title 18, United States Code, Section 1349.

**<u>COUNTS TWO AND THREE</u>**
**Wire Fraud**

13. Paragraphs one through twelve are reincorporated as though fully set forth at this point.

14. Beginning on a date unknown and continuing until on or about

December 5, 2015, in the District of Kansas and elsewhere, the defendant,

**JOSE ERNESTO FERMIN-MELO,**
**a/k/a "Chagui,"**

knowingly and intentionally devised a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses and representations, that is, providing stolen identities for the purpose of applying for cellular service contracts using false identification, unlawfully transmitted and caused to be transmitted by means of wire in interstate commerce writings, signs, signals, and pictures for the purpose of executing such scheme, as listed below:

| Count | Date | AT&T Account Number ending in | Location |
|---|---|---|---|
| Two | December 4, 2015 | 1157 | AT&T Store, Shawnee, Kansas |
| Three | December 4, 2015 | 9087 | AT&T Store Overland Park, Kansas |

15. Each was in violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT FOUR**
**Aggravated Identity Theft**

16. Paragraphs one through fifteen are reincorporated as though fully set forth at this point.

17. On or about December 4, 2015, in the District of Kansas, the defendant,

**JOSE ERNESTO FERMIN-MELO,**
**a/k/a "Chagui,"**

knowingly transferred and possessed, without lawful authority, a means of identification of another person, that is, a name, Social Security number, and date of birth, during and in relation to the felony offense of wire fraud and conspiracy to commit wire fraud in violation of Title 18, United States Code, Sections 1343 and 1349 as charged in Counts One and Two.

18. This was all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT FIVE
## Aggravated Identity Theft

19. Paragraphs one through eighteen are reincorporated as though fully set forth at this point.

20. On or about December 4, 2015, in the District of Kansas, the defendant,

**JOSE ERNESTO FERMIN-MELO,**
**a/k/a "Chagui,"**

knowingly transferred and possessed, without lawful authority, a means of identification of another person, that is, a name, Social Security number, and date of birth, during and in relation to the felony offense of wire fraud and conspiracy to commit wire fraud in violation of Title 18, United States Code,

Sections 1343 and 1349 as charged in Counts One and Three.

21. This was all in violation of Title 18, United States Code, Sections 1028A and 2.

Dated: May 9, 2018

s/ Foreperson
FOREPERSON

s/ D. Christopher Oakley, #19248 for
STEPHEN MCALLISTER
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**Penalties:**

Counts 1-3:
NMT 20 years imprisonment
NMT 3 years supervised release
NMT $250,000 fine
$100 special assessment

Count 4-5:
2 years imprisonment consecutive to any other count
NMT 1 year supervised release
NMT $250,000 fine
$100 special assessment