AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

SEALED

United States of America
v.

Joel Suriel

*Defendant*

Case No. 2:18-cr-20028-DDC-1

RECEIVED
By US MARSHALS SERVICE at 2:33 pm, Feb 28, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joel Suriel, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

violated condition(s) of supervision

Date: 02/28/2025

s/ C. Abraham, deputy clerk
*Issuing officer's signature*

City and state: Kansas City, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/21/2025, and the person was arrested on *(date)* 2/25/2025 at *(city and state)* New York, NY.

Date: 4/23/2025

BENJAMIN DAVI Digitally signed by BENJAMIN DAVI Date: 2025.04.23 11:21:23 -04'00'
*Arresting officer's signature*

Benjamin Davi, Special Agent
*Printed name and title*